**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:06CR75**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAVID N. ANDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for a 30-day Extension of Time to File Pretrial Motions, and after considering the Motion, the Court is of the opinion said Motion shall be granted.

      **IT IS, THEREFORE, ORDERED** that Defendant's Motion for Extension of Time to File Pretrial Motions shall be granted, to and including Monday, July 24, 2006.


        Signed: June 21, 2006


_____
David C. Keesler
United States Magistrate Judge